No. 10M89. COSTLEY v. GATHINGS ET AL.;

No. 10M92. JACKSON v. FARMERS INSURANCE GROUP/FIRE INSURANCE EXCHANGE; and

No. 10M93. REDD v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 10M90. BAMIGBADE v. STATE FARM MUTUAL AUTO INSURANCE CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 10M91. NOSSAMAN LLP ET AL. v. UNITED STATES. Motion for leave to file petition for writ of certiorari with the supplemental appendix under seal granted.

No. 09–1533. DEPIERRE v. UNITED STATES. C. A. 1st Cir. [Certiorari granted, 562 U. S. 960.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 10–174. AMERICAN ELECTRIC POWER CO., INC., ET AL. v. CONNECTICUT ET AL. C. A. 2d Cir. [Certiorari granted, 562 U. S. 1091.] Motion of the Acting Solicitor General for divided argument and enlargement of time for oral argument granted. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 10–844. CARACO PHARMACEUTICAL LABORATORIES, LTD., ET AL. v. NOVO NORDISK A/S ET AL. C. A. Fed. Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–8150. COHEN v. FEDERAL EXPRESS CORP. C. A. 2d Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [562 U. S. 1215] denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.